**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE URVE MAGGITTI,               :    No. 22 MM 2024

           Petitioner          :

                v.                 :

DEBRA TODD, CHRISTINE DONOHUE,   :
KEVIN M. DOUGHERTY, DAVID N.
WECHT, SALLIE UPDYKE MUNDY, P.    :
KEVIN BROBSON, AMY DREIBELBIS,

           Respondents      :


## ORDER


**PER CURIAM**

     **AND NOW**, this 19th day of April, 2024, the Application for Leave to File Original Process is GRANTED, and the "Emergency Petition for Writ of Mandamus" is DENIED. The Prothonotary is DIRECTED to strike the names of the jurists from the caption.